UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Knyatta A.,

Plaintiff,

v.

Frank Bisignano,
Commissioner of Social Security,

Defendant.

Case No.:  5:25-cv-02678-SSC

**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,000.00 and $405.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED:    April 28, 2026

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

1

5:25-cv-02678-SSC